UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYWANIE S. BRIDGEWATER,<br><br>            Plaintiff,<br><br>  v.<br><br>JANIO MOLIER, et al.,<br><br>            Defendants. | CASE NO. C23-1599JLR<br><br>ORDER |

On December 5, 2023, the court dismissed *pro se* Plaintiff Keywanie S. Bridgewater's complaint pursuant to 28 U.S.C. § 1915(e) for failure to state a cognizable claim for relief. (12/5/2023 Order (Dkt. # 8); *see also* 10/30/23 Order (Dkt. # 7) (Magistrate Judge Brian A. Tsuchida granting Ms. Bridgewater's motion to proceed *in forma pauperis* and recommending that the court screen Ms. Bridgewater's complaint under § 1915(e)); Compl. (Dkt. # 6).) The court granted Ms. Bridgewater leave to file an amended complaint that "articulate[s] both the legal and factual basis supporting her claims" and ordered her to file her amended complaint, if any, by no later than December

ORDER - 1

26, 2023.  (12/5/23 Order at 4.)  The court warned Ms. Bridgewater that failure to timely comply with the court's order would result in the dismissal of her complaint with prejudice.  (*Id.*)

The December 26, 2023 deadline has now passed, and Ms. Bridgewater has failed to file an amended complaint or any other submission in response to the court's December 5, 2023 order.  (*See generally* Dkt.)  Accordingly, the court DISMISSES her complaint with prejudice and without leave to amend.

Dated this 29th day of December, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2